ARCHIE EVERETT V. THE STATE.

No. 12523.   Delivered April 3, 1929.
Rehearing denied May 8, 1929.

The opinion states the case.

No brief filed for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

LATTIMORE, JUDGE.—Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

Upon his plea of guilty appellant was given the punishment mentioned. There is in the record no statement of facts or bill of exceptions. The judgment and sentence are in conformity with the law.

No error appearing, the judgment will be affirmed.

*Affirmed.*

## ON MOTION FOR REHEARING.

HAWKINS, JUDGE.—Appellant predicates a motion for rehearing upon the contention that the indictment is duplicitous, thereby for the first time raising such question. We see no defect in the indictment in the particular mentioned. Even if it were vulnerable to such attack it comes too late after verdict. Melley v. State, 93 Tex. Cr. Rep. 522, 248 S. W. 367; Garner v. State, 100 Tex. Cr. Rep. 626, 272 S. W. 167; Ramsey v. State, 108 Tex. Cr. Rep. 182, 299 S. W. 411.

The motion for rehearing is overruled.

*Overruled.*